**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **WILLIAM LEE CLIFTON,** | : | |
| | : | |
| **Plaintiff,** | : | **Case No.: 5:07-cv-373 (CAR)** |
| | : | |
| **v.** | : | |
| | : | |
| **JAMES E. DONALD et al.,** | : | |
| | : | |
| **Defendants.** | : | |

_____

### *ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S ORDER AND RECOMMENDATION*

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 15] to

grant Plaintiff's Motion to Proceed *in forma pauperis* but also to dismiss Defendants James E.

Donald, Tyrus Meadows, Deputy Warden of Security John Ford, and Deputy Warden of Care

and Treatment Kathy McDade pursuant to 28 U.S.C. § 1915(e)(2).  Plaintiff has filed no

objection to the Recommendation.  Having considered the matter, the Court agrees with the

Recommendation.  Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE**

**THE ORDER OF THE COURT**.


    **SO ORDERED**, this 5th day of February, 2008.

<div style="margin-left:40%">

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

</div>


SSH