**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **WILLIAM LEE CLIFTON,** | : | |
| | : | |
| Plaintiff, | : | Case No.: 5:07-cv-373 (CAR) |
| | : | |
| v. | : | |
| | : | |
| **OFFICER LINDER et. al.,** | : | |
| | : | |
| Defendants. | : | |

***ORDER ON THE UNITED STATES MAGISTRATE JUDGE'S ORDER AND
RECOMMENDATION***

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 31] to dismiss this case for Plaintiff's failure to prosecute. Plaintiff has not filed an objection to the Recommendation. As set forth by the Magistrate Judge in his Recommendation, Plaintiff has not had any contact with this Court since filing his recast Complaint in January of 2008, despite the Court's multiple orders instructing Plaintiff to diligently prosecute this action, to respond to Defendants' Motion to Dismiss, and to show cause why this case should not be dismissed for failure to prosecute. Plaintiff has had ample notice and opportunity to contact this Court and has been warned that failure to do so would result in dismissal of this action. Accordingly, the Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**, and this case is hereby **DISMISSED** for failure to prosecute.

**SO ORDERED**, this 18th day of November, 2008.

                                                S/ C. Ashley Royal
                                              C. ASHLEY ROYAL
                                              UNITED STATES DISTRICT JUDGE

SSH